## CATHERINE WALLACE v. ALEX. MILLER & HENRY SCHNATMAN.

Co-trespassers are bound *in solido* for damages occasioned by the trespass.

APPEAL from the Sixth District Court of New Orleans, *Howell*, J.
*G. & C. E. Schmidt*, for plaintiff and appellant.   *J. M. Leggett*, for defendants.

BUCHANAN, J.   Plaintiff sues the defendants for a trespass, for removing a house from her lot of ground to an adjoining lot belonging to one of the defendants, *Miller*.

57

The answer of *Miller* is a general denial.

Defendant *Schnatman* pleads, that he was employed by the other defendant to remove the house; and that, if plaintiff has sustained any damage, *Miller* alone is responsible.

It is proved that the plaintiff bought the lot with the house on it. The defendant *Miller's* title to other lots in the same square is also in evidence. He bought the naked lots, and there is not a word of proof tending to justify this singular trespass.

The case appears to have been defended by *Schnatman* alone; and the whole effort on his part, on trial, was to show that he had not been notified of the title of plaintiff to the house. The negative evidence of his witnesses, laborers in his employ, opposed to the positive evidence of two witnesses, proving notice to *Schnatman* that he was trespassing, and that *Miller* had no title to the house.

There was judgment against *Miller*, and in favor of *Schnatman*.

Plaintiff appeals.

A review of the evidence has brought us to the conclusion, that the defendant *Schnatman*, as a willful co-trespasser with the other defendant, *Miller*, is bound *in solido* with *Miller* for the damages occasioned by the trespass; which appear to have been correctly estimated by the District Judge.

It is, therefore, adjudged and decreed, that the judgment of the District Court be reversed as to the appellant, *Schnatman*; and that plaintiff recover of the defendant, *Henry Schnatman*, the sum of five hundred dollars, with legal interest from March 22d, 1858, as the value of the buildings removed, and thirty-two dollars for loss of rent, and costs in both courts.

LAND, J., absent.